Jennifer HOLMES, Appellant,

v.

SOUTH METRO FIRE PROTECTION DISTRICT, Respondent.

No. WD 74743.

Missouri Court of Appeals, Western District.

Sept. 17, 2013.

Rebecca M. Randles, for Appellant.

Richard W. Morefield, Jr., for Respondent.

Before Division Three: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and ANTHONY REX GABBERT, Judge.

### ORDER

PER CURIAM:

Appellant appeals from a judgment entered in the Circuit Court of Jackson County granting summary judgment in favor of Respondent South Metro Fire Protection District ("SMFPD") in an action she filed against SMFPD for the negligent hiring and retention of Phillip Brillhart. After a thorough review of the record, we conclude that the trial court did not err in entering summary judgment on Appellant's claims. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**

Johnathon L. KIESER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75406.

Missouri Court of Appeals, Western District.

Sept. 17, 2013.

Jeannette Igbenebor, Kansas City, MO, for Appellant.

Shaun Mackelprang, Jefferson City, MO, for Respondent.

Before Division Two: THOMAS H. NEWTON, P.J., KAREN KING MITCHELL, and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

Mr. Johnathon L. Kieser appeals from the circuit court's judgment denying a Rule 24.035 motion for post-conviction relief after an evidentiary hearing. He alleges that plea counsel failed to inform him that he would be required by statute to serve eighty-five percent of his sentence before becoming eligible for parole consideration.

For reasons stated in the memorandum to the parties, we affirm. Rule 84.16(b).